IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CR-57-F
No. 5:12-CV-454-F

| | |
|---|---|
| WAYNE DOUGLAS WILSON, | ) |
| Petitioner, | ) |
| | ) ORDER TO PLACE IN ABEYANCE |
| v. | ) PENDING ISSANCE OF FOURTH |
| | ) CIRCUIT MANDATE IN |
| UNITED STATES OF AMERICA, | ) WHITESIDE V. UNITED STATES |
| Respondent. | ) |

For good cause having been shown upon the motion of Respondent requesting that this matter be held in abeyance pending the en banc opinion in Whiteside, it is hereby

ORDERED that this matter is held in abeyance pending the en banc opinion in Whiteside.

This 15th day of October, 2014.

_____
JAMES C. FOX
Senior United States District Judge